SAMUEL KLEINROCK, Appellant, v. DORA GRAHAM, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, upon the ground that it was an erroneous exercise of discretion not to allow an amendment to the complaint in the manner requested, and motion granted. Case to be restored to the Equity calendar for trial upon five days' notice. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

EVELYN LANE, an Infant, by CHARLES C. LANE, Her Guardian ad Litem, Respondent, v. RUBEL COAL AND ICE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CHARLES C. LANE, Respondent, v. RUBEL COAL AND ICE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

GEORGE L. LAPORTE, Appellant, v. SHELTER ISLAND HEIGHTS ASSOCIATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MILLY A. LAPORTE, Appellant, v. SHELTER ISLAND HEIGHTS ASSOCIATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ELLA J. MASON and Others, as Executors, etc., of WILLIAM MASON, Deceased, Appellants, v. MARY H. MASON, as Executrix, etc., of HENRY J. MASON, Deceased, Respondent.— Order denying plaintiffs' motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATTIO LICAUSI, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ROSEWELL, Appellant, Impleaded with Another, Defendant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

ALMA STEINORTH, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY and Another, Appellants.— Order granting preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

RUDOLPH STEINORTH, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY and Another, Appellants.— Order granting preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.